**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

IN RE: MR. JUSTICE SEAMUS P.  : No. 430
MCCAFFERY OF THE SUPREME   :
COURT OF PENNSYLVANIA    : Judicial Administration Docket

**CONCURRING STATEMENT**

**MADAME JUSTICE TODD**

  As I expressed in my Dissenting Statement to the Court's October 20, 2014 Order, I believe this matter should have been handled in toto and in the first instance by the Judicial Conduct Board. Accordingly, as in my view that Order should not have been entered, I have no objection to the Court vacating that Order today.